REDACTED

JS 45 (11/2002)
**Criminal Case Cover Sheet**                                                             **U.S. District Court**

| Place of Offense: | Under Seal: Yes ☐ No ☒ | Judge Assigned: |
|---|---|---|
| City: EDVA | Criminal Complaint: No | Criminal Number: 2:23cr101 |
| County/Parish: | Same Defendant: | New Defendant: Yes |
|  | Magistrate Judge Case Number: | Arraignment Date: |
|  | Search Warrant Case Number: |  |
|  | R 20/R 40 from District of _____ . |  |

**Defendant Information:**

| Juvenile: Yes ☐ No ☒ | FBI# | Alias Names: Jay Byrd |
|---|---|---|
| Defendant Name: Jeron D'Nell Cephus |  | Alias Names(cont): |

Address:
Birth Date: /1988   SS#: -4203   Sex: Male   Race: Black   Nationality:   Place of Birth:
Height: 05' 09"   Weight: lbs   Hair: Black   Eyes: Brown   Scars/Tattoos:
Interpreter: Yes ☐ No ☒   List Language and/or dialect:

**Location Status:**

| Arrest Date: | | |
|---|---|---|
| ☐ Already in Federal Custody as of: in: | | |
| ☐ Already in State Custody | ☒ On Pretrial Release in the city of Chesapeake | ☐ Not in Custody |
| ☐ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond |

**Defense Counsel Information:**

| Name: Diane Pearl Toscano | ☐ Court Appointed |
|---|---|
| Address: Toscano Law Group  1244 Perimeter Parkway, Suite 443  Virginia Beach, VA 23454 | ☒ Retained |
| Telephone: 757-575-4410 | ☐ Public Defender |
| Fax: 757-903-0186 | ☒ Office of Federal Public Defender should not be appointed due to conflict of interest |
| Email: diane@toscanolawgroup.com | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

**U.S. Attorney Information:**

| AUSA: Megan Montoya | Telephone No. 757-441-6331 | Bar #: |
|---|---|---|

**Complainant Agency, Address & Phone Number or Person & Title:**

FBI, SA Christopher Forvour

**U.S.C. Citations:**

|  | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. 841(a)(1) and 841(b)(1)(C) | Conspiracy to Distribute and Possess with the Intent to Distribute Marijuana and Psilocybin | 1 | Felony |
| Set 2 | 21 U.S.C. § 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2 | Possession with Intent to Distribute Psilocybin | 2 | Felony |
| Set 3 | 18 U.S.C. § 924(c)(1)(A)(i) and 2 | Possession of a Firearm in Furtherance of a Drug Trafficking Crime | 3 | Felony |
| Set 4 | 18 U.S.C. § 924(d)(1); 18 U.S.C. § 982(a)(1); and 28 U.S.C. § 2461(c) | Criminal Forfeiture | 4 | Felony |